**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6343**

_____

TERRON GERHARD DIZZLEY,

                Petitioner - Appellant,

     v.

TONYA JAMES; JOEL ANDERSON,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  William Stevens Brown, V, Magistrate Judge.  (8:25-cv-01093-JD)

_____

Submitted:  November 25, 2025                    Decided:  December 2, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Terron Gerhard Dizzley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terron Gerhard Dizzley seeks to appeal the magistrate judge's report recommending that the district court deny Dizzley's 28 U.S.C. § 2254 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Dizzley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Furthermore, the doctrine of "cumulative finality"—which "authorizes us to exercise appellate jurisdiction where all claims as to all parties are disposed of while the appeal is pending, and where the district court could have certified the challenged order for immediate appeal pursuant to Federal Rule of Civil Procedure 54(b)," *Williamson v. Stirling*, 912 F.3d 154, 170 (4th Cir. 2018)— does not cure this jurisdictional defect. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*